IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN ALVAREZ-MORALES, <u>et al.</u><br><br>**Plaintiffs,**<br><br>v.<br><br>MUNICIPALITY OF LAS MARIAS, <u>et al.</u><br><br>**Defendants** | CIVIL NO. 13-1875 (PAD) |

**MEMORANDUM & ORDER**

On November 25, 2013, plaintiffs initiated this action against the Municipality of Las Marías, its Mayor José Javier Rodríguez-López, and its Human Resources Office Director Yadira Almodóvar-González (Docket No. 1). On December 17, 2013, they filed a First Amended Complaint (Docket No. 8). On March 4, 2015, they filed a Second Amended Complaint (Docket No. 65). In essence, plaintiffs – 37 former transitory or fixed-term employees – allege political discrimination stemming from the 2012 mayoral election in the Municipality of las Marías. Their claims are predicated on the First Amendment, as well as on laws and the Constitution of Puerto Rico.

On March 29, 2015, defendants moved to dismiss (Docket Nos. 68 and 69). These motions were referred to Magistrate Judge Vélez-Rivé, who, on November 17, 2015, issued a Report and Recommendation, recommending that they be denied (Docket No. 103). Parties were granted until December 4, 2015 to file any objections thereto. To date, no objection has been filed. After conducting a *de novo* review of the pleadings, the motions at Docket Nos. 68 and 69, the opposition (Docket No. 72), as well as the Report and Recommendation, the court determines the magistrate judge's findings are well supported by the law. Accordingly, the court **ADOPTS** in its entirety

the magistrate judge's report for the reasons stated therein, (Docket No. 103), and, accordingly,

**DENIES** defendants' motions to dismiss (Docket Nos. 68 and 69).

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of December of 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge